IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | Criminal Action No. 05-13-GMS |
| v. : | |
| : | |
| RASHEE LAMONT HUNTER, : | |
| : | |
| Defendant. : | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney for the District of Delaware, respectfully states:

1. The defendant, Rashee Lamont Hunter, was indicted on federal firearms and narcotics charges on February 22, 2005, and a bench warrant was issued for his arrest by this Court on the same day. The defendant is in the custody of the State of Delaware, but his charges have been nolle prossed by the State. Despite the existence of a federal detainer, state authorities still have not transferred the defendant to the custody of the U.S. Marshal. To date, the defendant has not had an initial appearance.

2. The defendant is incarcerated by Delaware state authorities in the Howard R. Young Correctional Institution, Delaware. The Government is unaware of any further state proceedings against the defendant.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden of the Howard R. Young Correctional Institution, to bring said defendant, Rashee Lamont Hunter, before the Court on <u>March 31, 2005</u>, or at a date shortly thereafter as may be convenient to the Court, for his initial appearance, and to keep said defendant in the custody of the United States Marshal for the District of Delaware until the conclusion of his federal proceedings.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney


By: <u>/s/ Adam Safwat</u>
    Adam Safwat
    Assistant United States Attorney

Dated: March 16, 2005

**IT IS SO ORDERED** this _____ day of _____, 2005.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware