IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 05-13-GMS |
| v. | § | |
| | § | |
| RASHEE LAMONT HUNTER, | | |
| Defendant. | | |

FILED
MAR 29  10 56 AM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL INSTITUTION, WILMINGTON, DELAWARE.

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **RASHEE LAMONT HUNTER** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL INSTITUTION, and who is a defendant in the above-entitled cause, in which cause the said **RASHEE LAMONT HUNTER** was charged with a violation of 18:922(j) and 924(a)(2), and 21:844(a) is scheduled for an **INITIAL APPEARANCE ON MARCH 31, 2005 AT 1:00 PM** , and to remain in the custody of the U.S. Marshal until the conclusion of the pending charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge  of the District Court of the United States for the District of Delaware, this 29th day of March 2005.

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk