Filed in open court 4/14/05 (EW)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-13-GMS |
| RASHEE LAMONT HUNTER, | : | |
| Defendant. | : | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because the case involves (**check all that apply**):

    _X_  Crime of violence (18 U.S.C. § 3156)

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _x_ Defendant's appearance as required

    _X_ Safety of any other person and the community

FILED APR 14 2 15 PM '05 U.S. DISTRICT COURT DISTRICT OF DELAWARE

3. **Rebuttable Presumption**. The United States will NOT invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

    \_\_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_\_ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _/s/ Adam Safwat_
Adam Safwat
Assistant United States Attorney

DATED this 13th day of April, 2005.