IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : : | C.A. NO.: CR05-13-GMS |
| vs. | : : | |
| RASHEE LAMONT HUNTER | : : | |

**MOTION TO SUPPRESS EVIDENCE**

TO THE HONORABLE GREGORY M. SLEET, JUDGE OF THE SAID COURT:

Defendant RASHEE LAMONT HUNTER, by his attorney Mark S. Greenberg, Esquire, respectfully represents:

1. Defendant has been charged in a two count indictment with possession of a stolen firearm, in violation of 18 U.S.C. §922(j) & 924(a)(2) and possession of cocaine, in violation of 21 U.S.C. §844(a).

2. This prosecution stems from defendant's arrest on January 15, 2005, when defendant was arrested without probable cause by Wilmington, DE police officers. A firearm and cocaine were later found in a coat police claim was worn by the defendant.

3. After the defendant was arrested, he was subject to custodial interrogation without first knowingly, intelligently or voluntarily waiving his Miranda warnings.

4. Defendant gave incriminating admissions as a result of the custodial interrogation which connected him to the firearm and

1

    cocaine.

WHEREFORE, defendant respectfully requests this Court to suppress all of the evidence and statements seized and obtained on January 15, 2005 and requests an evidentiary hearing thereon.

                                    Respectfully submitted:

                                          \S\

                                  _____

                                  MARK S. GREENBERG, ESQUIRE
                                  Attorney for Defendant
                                  RASHEE LAMONT HUNTER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
UNITED STATES OF AMERICA        : :        C.A. NO.: CR05-13-GMS
                                : :
                                : :
vs.                             : :
                                : :
                                : :
RASHEE LAMONT HUNTER            : :
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date listed below, I electronically filed defendant's **MOTION TO SUPPRESS EVIDENCE** with the Clerk of Court using CM/ECF which will send notification of such filing to the following: FAUSA Adam Safwat, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

\S\
_____
MARK S. GREENBERG, ESQUIRE
LACHEEN, DIXON, WITTELS AND
GREENBERG, LLP,
1429 Walnut Street,
13th Floor
Philadelphia, PA 19102
215-735-5900
MarkSGreenberg@aol.com
Attorney for Defendant
RASHEE LAMONT HUNTER

DATED: May 12, 2005