IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-13 GMS |
| | : |
| RASHEE LAMONT HUNTER | : |

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a scheduling conference regarding the above-captioned case is scheduled for **Thursday, June 9, 2005, at 3:00 p.m.** in the chambers of Judge Gregory M. Sleet, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.


Dated: May 18, 2005            /s/ Gregory M. Sleet
                               UNITED STATES DISTRICT JUDGE