REDACTED

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-13-GMS |
| RASHEE LAMONT HUNTER, | : |
| Defendant. | : |

### SUPERSEDING INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about January 15, 2005, in the State and District of Delaware, the defendant, RASHEE LAMONT HUNTER, did knowingly possess a stolen firearm, to wit, a .25 caliber Sterling pistol, model 300, serial number S03194, which had been transported in interstate commerce, after being stolen, having reasonable cause to believe that such firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

### COUNT II

On or about January 15, 2005, in the State and District of Delaware, the defendant, RASHEE LAMONT HUNTER, knowingly possessed a mixture and substance containing

///



FILED
MAY 2 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cocaine, a controlled substance, in violation of Title 21, United States Code, Section 844(a).

## COUNT III

On or about January 15, 2005, in the State and District of Delaware, the defendant, RASHEE LAMONT HUNTER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about November 22, 2004, in the Court of Common Pleas for the State of Pennsylvania, did knowingly possess in and affecting commerce a firearm, to wit, a .25 caliber Sterling Arms pistol, serial number S03194, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____   Date: May 24, 2005
Adam Safwat
Assistant United States Attorney