IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-13 GMS |
| | : |
| RASHEE LAMONT HUNTER | : |

**O R D E R**

    IT IS HEREBY ORDERED that the scheduling conference regarding the above-captioned case has been rescheduled from 3:00 p.m. to 2:00 p.m. on Thursday, June 9, 2005. The scheduling conference will be held before Judge Gregory M. Sleet in chambers.

                                              /s/ Gregory M. Sleet
                                              UNITED STATES DISTRICT JUDGE

June 3, 2005