# LaCheen Dixon Wittels & Greenberg LLP

ATTORNEYS AND COUNSELLORS AT LAW

STEPHEN ROBERT LACHEEN*
ANNE M. DIXON
BARNABY C. WITTELS
MARK S. GREENBERG**

1429 WALNUT STREET, 13TH FLOOR
PHILADELPHIA, PENNSYLVANIA 19102

(215) 735-5900
FAX (215) 735-4649

GEORGE E. GOLDSTEIN
(1936-1997)

* MEMBER PA AND FL BARS
** MEMBER PA AND NJ BARS

June 1, 2005

Honorable Mary Pat Thynge
Federal Building
844 King Street
Wilmington, DE 19801

**Via fax (302) 573-6445**

Re: <u>United States v. Rashee Hunter</u>, 05-13

Dear Judge Wright:

Attorney Mark S. Greenberg requests a continuance for an arraignment scheduled for Thursday, June 2, 2005 in the above captioned matter. He is currently on trial before Judge Rose Marie DeFino-Nastasi in Philadelphia re <u>Commonwealth v. Mark Ellis</u>. Attorney Mark Greenberg apologizes for any inconvenience this may have caused the Court.

Thank you for your kind attention in this regard.

Respectfully yours,

DARLENE SMITH
Secretary for
MARK S. GREENBERG

MSG/ds
cc: AUSA Adam Safwat

FILED
JUN 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE