IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : : | C.A. NO.: CR05-13-GMS |
| vs. | : : | |
| RASHEE LAMONT HUNTER | : : | |

## MOTION FOR A CONTINUANCE

TO THE HONORABLE GREGORY M. SLEET, JUDGE OF THE SAID COURT:

Defendant RASHEE LAMONT HUNTER, by his attorney Mark S. Greenberg, Esquire, respectfully represents:

1. An in-chambers pretrial conference in this matter has been schedule for June 9th at 2:00 p.m..

2. Defense counsel is currently on trial in front of Judge Peter Rogers and a jury in Philadelphia in Commonweallth v. Richard Brown and will be unable to appear at the pretrial conference.

3. The government will not be prejudiced if the Court grants a brief continuance.

WHEREFORE, defendant respectfully requests this Court to briefly continue the pretrial conference .

                                  Respectfully submitted:

                                  \S\

                                _____

```
                                        MARK S. GREENBERG, ESQUIRE
                                        Attorney for Defendant
                                        RASHEE LAMONT HUNTER
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : : | C.A. NO.: CR05-13-GMS |
| | : : | |
| vs. | : : | |
| | : : | |
| RASHEE LAMONT HUNTER | : : | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date listed below, I electronically filed defendant's **MOTION FOR CONTINUANCE** with the Clerk of Court using CM/ECF which will send notification of such filing to the following: FAUSA Adam Safwat, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

\S\
_____
MARK S. GREENBERG, ESQUIRE
LACHEEN, DIXON, WITTELS AND
GREENBERG, LLP,
1429 Walnut Street,
13th Floor
Philadelphia, PA 19102
215-735-5900
MarkSGreenberg@aol.com
Attorney for Defendant
RASHEE LAMONT HUNTER

DATED: June 8, 2005