

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building  (302) 573-6277
1007 Market Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

June 8, 2005

**Via Electronic Delivery**

The Honorable Gregory M. Sleet
United States District Judge
U.S. Courthouse
844 King Street
Wilmington, Delaware 19801

    Re:   **United States v. Rashee Lamont Hunter**
            **Criminal Action No. 05-13-GMS**

Dear Judge Sleet:

    Defense counsel's letter motion for a continuance of the scheduling conference in this case, which was set for tomorrow, inadvertently failed to request the exclusion of time under the Speedy Trial Act. Such an exclusion is in the interests of justice. A proposed order is attached.

                                     Respectfully submitted,

                                       COLM F. CONNOLLY
                                       United States Attorney

                           BY: _____
                                Adam Safwat
                                Assistant United States Attorney

cc:  Mark S. Greenberg, Esq.
      The Clerk of the Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-13-GMS |
| | ) | |
| RASHEE LAMONT HUNTER, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER EXCLUDING TIME

WHEREAS, the Court, having continued the scheduling conference in this case from June 9, 2005, until 10:00 a.m. on June 20, 2005, at the request of counsel for the defendant,

**IT IS HEREBY ORDERED** that the time between the date of this Order and June 20, 2005, shall be excludable under the Speedy Trial Act in the interests of justice. *See* 18 U.S.C. § 3161 *et seq.*

Date: June _____, 2005

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE