IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-13-GMS |
| | ) | |
| RASHEE LAMONT HUNTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER EXCLUDING TIME

WHEREAS, the Court, having continued the scheduling conference in this case from June 9, 2005, until 10:00 a.m. on June 20, 2005, at the request of counsel for the defendant,

**IT IS HEREBY ORDERED** that the time between the date of this Order and June 20, 2005, shall be excludable under the Speedy Trial Act in the interests of justice. *See* 18 U.S.C. § 3161 *et seq.*

Date: June  9 , 2005

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED

JUN - 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE