IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA      :

     :

     v.      : Criminal No. 05-13 GMS

     :

RASHEE LAMONT HUNTER      :

## ORDER EXCLUDING TIME

WHEREAS, the court, having conducted a scheduling conference in the above-captioned case on June 20, 2005;

WHEREAS, a change of plea hearing is scheduled for July 28, 2005, at 11:30 a.m.;

IT IS HEREBY ORDERED that the time between the date of this Order and July 28, 2005, shall be excludable under the Speedy Trial Act in the interests of justice. *See* 18 U.S.C. § 3161 *et seq.*

June _____ 2 1 _____, 2005

_____
UNITED STATES DISTRICT JUDGE

FILED

JUN 2 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE