

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building                                    *(302) 573-6277*
1007 Orange Street, Suite 700              *FAX (302) 573-6220*
P.O. Box 2046
Wilmington, Delaware 19899-2046

September 26, 2005

**Via ECF**
The Honorable Gregory M. Sleet
United States District Judge
U.S. Courthouse
844 King Street
Wilmington, Delaware 19801

>       Re:    **United States v. Tracy Lamar Fisher**
>              **Criminal Action No. 05-12-GMS**
>
>              **United States v. Rashee Lamont Hunter**
>              **Criminal Action No. 05-13-GMS**

Dear Judge Sleet:

Sentencing is scheduled in the above-related cases on October 17 (Mr. Fisher) and October 20 (Mr. Hunter). The government intends to present a fact witness to meet its burden at sentencing. The same witness and the same testimony would be presented at both sentencing hearings. The government respectfully suggests that a consolidated hearing for the presentation of the government's witness would promote judicial economy. Counsel for Mr. Fisher objects. Counsel for Mr. Hunter does not object, but is not available on October 17. The government is available at the Court's convenience to discuss the matter further.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
     Adam Safwat
     Assistant United States Attorney

cc:  Mark Greenberg, Esq.
     Penny Marshall, Esq.
     Sr. U.S.P.O. Walter Matthews
     The Clerk of the Court