## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : : | C.A. NO.: CR05-13-GMS |
| | : : | |
| | : : | |
| vs. | : : | |
| | : : | |
| | : : | |
| RASHEE LAMONT HUNTER | : : | |

### MOTION TO RESCHEDULE TELEPHONE CONFERENCE

TO THE HONORABLE GREGORY M. SLEET, JUDGE OF THE SAID COURT:

Defendant RASHEE LAMONT HUNTER, by his attorney Mark S. Greenberg, Esquire, respectfully represents:

1.  A telephone conference has been scheduled in the above matter for October 14, 2005 at 10:00 a.m.

2.  Counsel for defendant Hunter will be unavailable at that time as he will be on a flight to Florida that leaves at 8:30 a.m. on October 14th.

3.  Counsel for defendant Hunter will be available on October 12th all day, October 17th in the afternoon, October 18th in the afternoon and October 19th all day, to participate in a telephone conference.

WHEREFORE, Counsel for defendant respectfully requests this Court to reschedule the telephone conference scheduled for October 14, 2005 at 10:00 a.m.

Respectfully submitted:

\S\

_____

MARK S. GREENBERG, ESQUIRE
Attorney for Defendant
RASHEE LAMONT HUNTER

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**


UNITED STATES OF AMERICA      : :      C.A. NO.: CR05-13-GMS

                                : :

                                : :

vs.                               : :

                                : :

                                : :

RASHEE LAMONT HUNTER      : :


**CERTIFICATE OF SERVICE**


I HEREBY CERTIFY that on the date listed below, I electronically filed defendant's **MOTION TO RESCHEDULE TELEPHONE CONFERENCE** with the Clerk of Court using CM/ECF which will send notification of such filing to the following: AUSA Adam Safwat, 1007 Orange Street, 7th Floor, Wilmington, Delaware.

                                   \S\

                               _____

                               MARK S. GREENBERG, ESQUIRE
                               LACHEEN, DIXON, WITTELS AND
                               GREENBERG, LLP,
                               1429 Walnut Street,
                               13th Floor
                               Philadelphia, PA 19102
                               215-735-5900
                               MarkSGreenberg@aol.com
                               Attorney for Defendant
                               RASHEE LAMONT HUNTER


DATED: October 7, 2005