UNITED STATES DISTRICT COURT
FOR THE District of Delaware
U. S. District Court – District of Delaware

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                      Case No.: 1:05–cr–00013–GMS
                                                        Honorable Gregory M. Sleet

Tracy Lamar Fisher
                                    Defendant.

TYPE OF CASE:                       Criminal

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

     NOTICE OF TELEPHONE CONFERENCE as to Rashee Lamont Hunter: Telephone Conference set for 10/12/2005 at 09:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. (mmm)

**PLACE**
U. S. District Court – District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

October 11, 2005

                                          Peter T. Dalleo, Clerk
                                 McDavid, Marie mmm, Deputy Clerk