

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*      *(302) 573-6277*
*1007 Market Street, Suite 700*    *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

October 17, 2005

Via ECF

The Honorable Gregory M. Sleet
United States District Court Judge
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Rashee Lamont Hunter**
            **Criminal Action No. 05-13-GMS**

Dear Judge Sleet:

    In light of the Court's ruling today in the evidentiary hearing in related case 05-12-GMS, *United States v. Fisher*, that the Court would not consider the section 2K2.1(b)(5) enhancement for the alleged robbery in the absence of the alleged victim's testimony, counsel agree that there is no reason to present witness evidence at the sentencing hearing in the above-captioned matter.

                                                  Respectfully submitted,

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                     BY: _____
                                                  Adam Safwat
                                                  Assistant United States Attorney

cc:    Mark S. Greenberg, Esquire
        The Clerk of the Court