IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RASHEE LAMONT HUNTER, )<br>)<br>Defendant. ) | Criminal Action No. 05-13-GMS |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves this Honorable Court to dismiss Counts One and Two of the Superseding Indictment in the above-captioned matter pursuant to the Memorandum of Plea Agreement entered in this case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Adam Safwat
Assistant United States Attorney

Dated: October 20, 2005

\* \* \*

AND NOW, upon the foregoing motion, **IT IS SO ORDERED** this _____ day of October, 2005.

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-13-GMS |
| | : |
| RASHEE LAMONT HUNTER, | : |
| | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Adam Safwat, an Assistant United States Attorney in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on the 20th day of October, 2005, I electronically filed a **MOTION AND ORDER TO DISMISS** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Mark S. Greenberg, Esq.
1420 Walnut Street, Suite 1301
Philadelphia, PA 19102
Counsel for Defendant

/s/ Adam Safwat
_____
Adam Safwat
Assistant United States Attorney
adam.safwat@usdoj.gov