IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-13-GMS |
| RASHEE LAMONT HUNTER, | : |
| Defendants. | : |

### GOVERNMENT'S MOTION TO DISMISS ORIGINAL INDICTMENT

**NOW COMES** the United States, through its undersigned attorneys, and moves to dismiss the original Indictment in the above-captioned case issued on February 22, 2005, as a Superseding Indictment was issued by the Grand Jury on May 24, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Date: October 20, 2005.

\* \* \*

**AND NOW**, this _____ day of October, 2005, upon the foregoing motion, **IT IS HEREBY ORDERED** that the original Indictment issued on February 22, 2005, in this case is DISMISSED.

_____
THE HON. GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-13-GMS |
| RASHEE LAMONT HUNTER, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Adam Safwat, an Assistant United States Attorney in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on the 20TH day of October, 2005, I electronically filed a **MOTION AND ORDER TO DISMISS ORIGINAL INDICTMENT** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Mark S. Greenberg, Esq.
1420 Walnut Street, Suite 1301
Philadelphia, PA 19102
Counsel for Defendant

_____
Adam Safwat
Assistant United States Attorney
adam.safwat@usdoj.gov