IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-13-GMS |
| | ) |
| RASHEE LAMONT HUNTER, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves this Honorable Court to dismiss Counts One and Two of the Superseding Indictment in the above-captioned matter pursuant to the Memorandum of Plea Agreement entered in this case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Adam Safwat
Assistant United States Attorney

Dated: October 20, 2005

\* \* \*

AND NOW, upon the foregoing motion, **IT IS SO ORDERED** this 26th day of October, 2005.

_____
THE HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE