IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-13-GMS |
| RASHEE LAMONT HUNTER, | : | |
| Defendants. | : | |

### GOVERNMENT'S MOTION TO DISMISS ORIGINAL INDICTMENT

**NOW COMES** the United States, through its undersigned attorneys, and moves to dismiss the original Indictment in the above-captioned case issued on February 22, 2005, as a Superseding Indictment was issued by the Grand Jury on May 24, 2005.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Date: October 20, 2005.

\* \* \*

AND NOW, this 26th day of October, 2005, upon the foregoing motion, **IT IS HEREBY ORDERED** that the original Indictment issued on February 22, 2005, in this case is DISMISSED.

_____
THE HON. GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE