# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RASHEE LAMONT HUNTER,<br>　　　　Defendant. | §<br>§<br>§　CRIMINAL ACTION NO. 05-13-GMS<br>§<br>§ |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
　　　WARDEN OF THE GEORGE W. HILL CORRECTIONAL INSTITUTE,
　　　THORNTON, PENNSYLVANIA.

GREETINGS:

　　　We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **RASHEE LAMONT HUNTER** who is now detained and imprisoned in the GEORGE W. HILL CORRECTIONAL INSTITUTE, and who is a defendant in the above-entitled cause, in which cause the said **RASHEE LAMONT HUNTER** was charged with a violation of 18:922(j)and 924(a)(2), and 21:844(a) is scheduled for an **INITIAL APPEARANCE ON APRIL 14, 2005 AT 1:00 PM** , and to remain in the custody of the U.S. Marshal until the conclusion of the pending charges.

　　　And have you then and there this writ.

　　　To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge  of the District Court of the United States for the District of Delaware, this 1ST ay of APRIL 2005.

　　　　　　　　　　　　　　　　　　　　　　　PETER T. DALLEO, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CERTIFIED: 4-4-05
AS A TRUE COPY:
　　ATTEST:
PETER T. DALLEO, CLERK

Y _____
　　　　Deputy Clerk



U. S. MARSHALS RETURN
I have Partially/Fully Executed This Writ By Taking
Custody Of The Within Named Rashee Hunter
___ USDC ___ Are Transported Him/Her To
On 10/20/05
DWThomas
United States Marshal
By: BTR[...]
Deputy Marshal

[Clerk stamp:] 2005 OCT 28 AM 9: 06 DISTRICT OF DELAWARE

[Certification stamp:] CERTIFIED AS A TRUE COPY; ATTEST: PETER T. DALLEO, CLERK / Deputy Clerk