AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

RASHEE LAMONT HUNTER

**WARRANT FOR ARREST**

Case Number:   CR 05-13-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     RASHEE LAMONT HUNTER
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court   Violation   Probation Violation Petition

charging him or her   (brief description of offense)

KNOWINGLY POSSESS A FIREARM;
KNOWINGLY POSSESS COCAINE

in violation of    18    United States Code, Section(s)    922(j) and 924(a)(2); 21:844(a)

Peter T. Dalleo                                         Clerk, United States District Court
Name of Issuing Officer                                 Title of Issuing Officer

By: [signature]; DEPUTY CLERK                           February 22, 2005 in Wilmington, DE
Signature of Issuing Officer                            Date and Location

Bail fixed at $ _____ by _____
                                           Name of Judicial Officer

FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant   Rashee Lamont Hunter

| DATE RECEIVED 2/22/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/20/05 | Toby M. Conrad  DUSM | [signature] |